**FILED**

06/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0176

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Cause No.: DA 21-0176

| | | |
|---|---|---|
| ELIZABETH STROOCK, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Appellant, | ) | **ORDER** |
| | ) | |
| and | ) | |
| | ) | |
| ALEXANDER SIRR and ELISABETH | ) | |
| SIRR, husband and wife, JOHN DOES 1-5, | ) | |
| and JANE DOES 1-5, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

APPELLANT moves for a thirty day extension to file her opening brief on appeal. Appellee does not object to the motion. The Court finds cause to grant Appellant's Motion for Extension to File Opening Brief.

**WHEREFORE, IT IS HEREBY ORDERED** that Appellant shall file her opening brief on or before July 23, 2021.

SO ORDERED this ___ day of June, 2021.


/s/_____
Montana Supreme Court Justice

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 22 2021